```
                              FILED
                           FEB 21 2008
                      CLERK, US DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY  RRhme              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br> DAMON ANTHONY SILVA          )<br>                             )<br>                             )<br>            Defendant.       )<br>_____) | Criminal Case No. 08CR0491-DMS<br><br>I N F O R M A T I O N<br><br>Title 33, U.S.C., Secs. 1311,<br>1342, and 1319(c)(1)(A)-<br>Unlawful Discharge of<br>Pollutants |

The United States Attorney charges:

Count 1

On or about September 18, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did negligently discharge a pollutant, to wit, diesel fuel, into the navigable waters of the United States, that is, San Diego Harbor, from a point source, to wit, a pier, without a permit, a misdemeanor, in violation of Title 33, United States Code, Sections 1311(a), 1342 and 1319(c)(1)(A).

//

//

## Count 2

On or about November 14, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did negligently discharge a pollutant, to wit, oily bilge water, into the navigable waters of the United States, that is, San Diego Harbor, from a point source, to wit, a hose, without a permit, a misdemeanor, in violation of Title 33, United States Code, Sections 1311(a), 1342 and 1319(c)(1)(A).

## Count 3

On or about December 2, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did negligently discharge a pollutant, to wit, diesel fuel, into the navigable waters of the United States, that is, San Diego Harbor, from a point source, to wit, the vessel Kathryn Ann, without a permit, a misdemeanor, in violation of Title 33, United States Code, Sections 1311(a), 1342 and 1319(c)(1)(A).

DATED: February 21st, 2008.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney