```
┌─────────────────────────────┐
│  FILED                      │
│  ┌───────────────────────┐  │
│  │                       │  │
│  │   FEB 21 2008         │  │
│  │                       │  │
│  └───────────────────────┘  │
│  CLERK, U.S. DISTRICT COURT │
│  SOUTHERN DISTRICT OF       │
│  CALIFORNIA                 │
│  BY  RRMM          DEPUTY   │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08cr491-DMS

Complaint No.  08MJ0103 _____

Indictment / Information No. _____

UNITED STATES OF AMERICA

vs.

DAMON ANTHONY SILVA

CONSENT TO BE TRIED BY
A U.S. MAGISTRATE JUDGE

The undersigned defendant charged with

33 U.S.C SECTION 1311, 1342, 1319(c)(2)(A) UNLAWFUL DISCHARGE

a misdemeanor against the laws of the United States in the Southern District of California appearing before_____HON. JAN ADLER_____ ■ , United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court, which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate Judge on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waived the right to trial by jury and requests the Court to try all charges in the case without a jury.

Yes_____ No _X_ (Initial One)

Dated: _2/21/08_____

_____
Witness

_____
Defendant

K:\COMMON\CSA\forms\2005\consent_misd.wpd