UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DAMON ANTHONY SILVA,<br><br>             Defendant. | Case No. 08CR491 (JMA)<br><br>**ORDER RE: CJA VOUCHER** |

    The Court hereby approves CJA 20 voucher number 080523-167 in the amount of $2817.80. The Court finds that payment above the $2000 limit is appropriate given the fact that this misdemeanor case involves three counts for violations of the Clean Water Act spanning a period of several months. Appointed counsel was required to review much more discovery than in the usual misdemeanor case in this district, including over 200 pages of reports and test results, as well as 45 photographs supplied by the Government. Given the legal and factual issues involved in this case, the Court finds that extended services were necessary and appropriate.

1  **IT IS SO ORDERED:**

3  DATED: May 29, 2008

 _____
 Jan M. Adler
 U.S. Magistrate Judge