# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER __08cr491__

vs )   ABSTRACT OF ORDER

Damon Anthony Silva )   Booking No. __07029298__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/30/08__

the Court entered the following order:

__X__ Defendant be released from custody. *please see below (do not release for 2 weeks) 8 mos.

__X__ Defendant placed on supervised / unsupervised (probation) / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Dft to begin probation at a Residential Reentry Center; Dft not to be released from custody until it is confirmed that a bed is available at the RRC. Dft to be released to probation officer Paula Burke 557-6536 or a representative of the RRC. A bed may become available in 2 weeks. Dft to remain in custody for 2 weeks.

**JAN M. ADLER**
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.  Clerk
              DUSM
                                                 by _Rhea Rhone_
                                                          Deputy Clerk

Crim-9 (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                                     **R. Rhone**