AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

**FILED**
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**
JUN 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| DAMON ANTHONY SILVA | Case Number: 08CR491-JMA |
| | ROBERT GARCIA |
| | Defendant's Attorney |

**REGISTRATION NO.** 07029298

[x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.36)

THE DEFENDANT:
[x] pleaded guilty to count(s)   1-3 OF THE INFORMATION
[ ] was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 33:1311(a), 1342, and 1319(c)(1)(A) | Unlawful Discharge of Pollutants (Class A Misdemeanor) | 1-3 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ is [ ] are [ ] dismissed on the motion of the United States.

[x] Assessment : $ 25 per count for a total of $75
[ ] Fine ordered waived

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MAY 30, 2008
Date of Imposition of Sentence

HON. JAN M. ADLER
UNITED STATES DISTRICT JUDGE
^ magistrate

I have executed within _Amended_
Judgement and Commitment on _6/23/08_
United States Marshal
By: _____
USMS Criminal Section

08CR491-JMA

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 4— Probation

Judgment—Page 2 of 5

DEFENDANT: DAMON ANTHONY SILVA
CASE NUMBER: 08CR491-JMA

## PROBATION

The defendant is hereby sentenced to probation for a term of: 8 MONTHS

The defendant shall not commit another federal, state, or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

08CR491-JMA

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page 3 of 5

DEFENDANT: DAMON ANTHONY SILVA
CASE NUMBER: 08CR491-JMA

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.
☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.
☐ Not transport, harbor, or assist undocumented aliens.
☐ Not associate with undocumented aliens or alien smugglers.
☐ Not reenter the United States illegally.
☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.
☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.
☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.
☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.
☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.
☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.
☐ Participate in a mental health treatment program as directed by the probation office.
☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.
☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.
☐ Seek and maintain full time employment and/or schooling or a combination of both.
☒ Resolve all outstanding warrants within 60 days.
☐ Complete ____ hours of community service in a program approved by the probation officer within ____
☒ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of AT LEAST 4 MOS. AND UP TO 8 MOS.
☐ Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of ____ commencing upon release from imprisonment.
☐ Remain in your place of residence for a period of ____, except while working at verifiable employment, attending religious services or undergoing medical treatment.
☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.
☐ Comply with the conditions of the Home Confinement Program for a period of ____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.
☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

08CR491-JMA

AO 245S  Judgment in Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT: DAMON ANTHONY SILVA
CASE NUMBER: 08CR491-JMA

## FINE

The defendant shall pay a fine in the amount of __$7500 ($2500 on each cnt)__ unto the United States of America.

This sum shall be paid  ___ immediately.
                         _x_ as follows:

Payments deferred until defendant's release from custody; to be paid at a rate of $100 a month once released

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

_x_ The interest requirement is waived.

___ The interest is modified as follows:

08CR491-JMA

AO 245S   Judgment in Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __5__

DEFENDANT: DAMON ANTHONY SILVA
CASE NUMBER: 08CR491-JMA

# RESTITUTION

The defendant shall pay restitution in the amount of ____$14,607.84____ unto the United States of America.

This sum shall be paid ____ immediately.
                       _X_ as follows:

AT THE RATE OF $200 PER MONTH UNTIL FULLY PAID THROUGH THE CLERK, U.S. DISTRICT COURT, TO THE FOLLOWING VICTIMS IN THE AMOUNTS SPECIFIED, WITH DISTRIBUTION OF RESTITUTION TO THE VICTIMS TO BE ON A PRO RATA BASIS:

| VICTIM/ADDRESS | AMOUNT OF RESTITUTION ORDERED |
| --- | --- |
| OIL SPILL RESPONSE TRUST FUND/DFG<br>P.O. BOX 944209<br>SACRAMENTO, CA | $2,404.20 |
| U.S. COAST GUARD - OIL POLLUTION FUND<br>P.O. BOX 70959<br>CHARLOTTE, NC 28272-0959 | $12,203.64 |

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

_X_ The interest requirement is waived.

___ The interest is modified as follows:

08CR491-JMA